UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KARISSA MALLORY, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>SYNERTX, INC. d/b/a and a/k/a SYNERTX REHABILITATION, a foreign corporation; DOES 1 through 10; and ROE Corporations 11 through 20, inclusive,<br><br>Defendant. | Case No.: 2:17-cv-02541-APG-GWF<br><br>**STIPULATED AND ORDER TO DISMISSAL OF PLAINTIFF'S COMPLAINT** |

## **STIPULATION AND ORDER TO DISMISSAL OF PLAINTIFF'S COMPLAINT**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Karissa Mallory, by and through her below-signed counsel, and Synertx, Inc., by and through its below-signed counsel, stipulate to the dismissal of Plaintiff's Complaint with prejudice, each party to bear its own costs.

Dated: January 4, 2017         *Christian Gabroy*
                                                  Counsel for Plaintiff Karissa Mallory

Dated: January 4, 2017         *Joseph P. Garin*
                                                  Counsel for Synertx, Inc.

ORDER OF DISMISSAL

IT IS HEREBY ORDERED that based upon the above Stipulation, and pursuant to Fed. R. Civ. P. (a)(1)(A)(ii), this action is hereby dismissed with Prejudice, and with each party to bear its own costs.

SO ORDERED this 4th day of January, 2018.

_____
UNITED STATES DISTRICT JUDGE